Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990
E-mail: gfox@bfesf.com

JANET C. KERN, City Attorney (SBN 151887)
ALAN M. COHEN, Assistant City Attorney (SBN 177662)
CITY OF ALAMEDA
2263 Santa Clara Avenue, Room 280
Alameda, California  94501
Telephone:    (510) 747-4750
Facsimile:    (510) 865-4028
E-mail: acohen@alamedacityattorney.org

Attorneys for Defendants
City of Alameda and Cameron Miele

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, et al.,<br><br>  Defendants. | Case No. C 14-02075 TEH<br><br>STIPULATION and [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE |

It is hereby stipulated by and between the parties, plaintiff MICHAEL RODRIGUEZ and defendant CITY OF ALAMEDA, by and through their attorneys of record, for an order continuing the Case Management Conference scheduled for August 4, 2014 and related Rule 26 disclosure requirements until September 15, 2014.  Good cause exists for this continuance based on the following:

1.  Gregory Fox has been associated in as lead trial counsel.  The association of counsel was filed on July 11, 2014.

2.  Mr. Fox will need extra time to review the file and prepare to make the Rule 26

1    disclosures.

2    3. Mr. Fox will be absent from the country on vacation from August 1, 2014 to August 18, 2014, and August 27, 2014 to September 3, 2014.

Defense counsel has met and conferred with plaintiff's counsel on this September 15, 2014 date and plaintiff's counsel has no objection to accommodating Mr. Fox's schedule so that he may attend the Case Management Conference.

SO STIPULATED.

Dated: July 14, 2014            BERTRAND, FOX & ELLIOT

By: /s/ Gregory M. Fox
Gregory M. Fox
Attorney for Defendants
City of Alameda and Cameron Miele

Dated: July 14, 2014            LAW OFFICES OF JOHN E. HILL

By: ~~Daniel A. Stenson~~ JOHN E. HILL
Attorney for Plaintiff
Michael Rodriguez

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: July 14, 2014

# **ORDER**

PURSUANT TO STIPULATION,

    IT IS ORDERED that the Case Management Conference currently set for August 4, 2014 and related pleading and disclosure requirements is continued to **September 15, 2014 at 1:30 p.m.**

Dated: _____07/21\_\_\_\_, 2014

THELTON E. HENDERSON
Senior District Judge of the
United States District Court