1  Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
2  BERTRAND, FOX & ELLIOT
The Waterfront Building
3  2749 Hyde Street
4  San Francisco, California 94109
Telephone:     (415) 353-0999
5  Facsimile:     (415) 353-0990
E-mail: gfox@bfesf.com
6

7  JANET C. KERN, City Attorney (SBN 151887)
ALAN M. COHEN, Assistant City Attorney (SBN 177662)
8  CITY OF ALAMEDA
2263 Santa Clara Avenue, Room 280
9  Alameda, California  94501
Telephone:     (510) 747-4750
10  Facsimile:     (510) 865-4028
E-mail: acohen@alamedacityattorney.org
11

Attorneys for Defendants
12  City of Alameda and Cameron Miele

13

14  UNITED STATES DISTRICT COURT

15  NORTHERN DISTRICT OF CALIFORNIA

16  MICHAEL RODRIGUEZ,                              Case No. 14-cv-02075-TEH

17       Plaintiff,

18  v.                                             **STIPULATION AND [PROPOSED] ORDER TO
CONTINUE TIME TO COMPLETE ENE  AND
19                                                 CONTINUING CMC  UNTIL AFTER ENE
COMPLETED**
20  CITY OF ALAMEDA, et al.,

21       Defendants.

22

23       Defense counsel Gregory M. Fox was associated into this matter on July 11, 2014 after it was

24  removed to federal court.  The  initial CMC was held September 15, 2014. The parties had stipulated to

25  ENE and the matter was ordered to ENE with the ENE session to be completed by December 31, 2014.

26  William Goodman was assigned as the ENE Evaluator and the ENE session is currently scheduled for

27  December 17, 2014. The next CMC is January 5, 2015.

28       Plaintiff contends that as a result of the police use of force he suffered a brain injury.  The parties

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ENE SESSION and CMC
*Rodriguez v. City of Alameda, et al.*, USDC Northern Dist. Case No. 3:14-cv-02075-TEH

1   have been cooperating in discovery and agreed that certain material witness depositions should be

2   completed before the ENE session including the depositions of independent eye witnesses, the plaintiff,

3   and the involved officers.  To date, seven depositions have been completed. Scheduling issues with the

4   remaining depositions have arisen which the parties agree show good cause for a continuance of the ENE

5   deadline and the next CMC to allow for a meaningful ENE session.  Therefore, the parties now stipulate

6   for an Order continuing the deadline to complete the ENE so relevant discovery may be completed and

7   continuing the CMC to a new date to allow completion of the ENE before the next CMC.

8         Good cause exists for this continuance for the following reasons: Defendant Cameron Miele has

9   been off work and out of state for personal family reasons from December 8 through December 15 and

10  was thus unable to be deposed or attend the plaintiff's deposition that were both tentatively scheduled for

11  the week of December 8, 2014.  As defendant, Cameron Miele was a key participant in the incident that

12  led to this action, and therefore his testimony in deposition is critical for a meaningful ENE session.  As

13  noted above, the parties have deposed a number of civilian witnesses; however, the parties have had

14  trouble locating Brian Grappo, a key civilian witness, for deposition. Investigation into his whereabouts

15  continues.   And plaintiff's counsel has met and conferred with defense counsel on certain

16  accommodations for plaintiff's deposition and that meet and confer process is underway.  Therefore, the

17  parties agree that defendant  Cameron Miele, plaintiff Michael Rodriguez and witness Brian Grappo

18  should be deposed prior to the initial ENE session, and these depositions cannot be completed before the

19  currently scheduled December 17, 2014 ENE session.

20        Scheduling these depositions, holding the ENE session and attending the January 5, 2015 CMC

21  are also complicated because defense counsel Gregory Fox is currently scheduled for  a wrongful death

22  police OIS jury trial set for January 12, 2015 before the Hon. William Orrick which involves Mr. Fox as

23  trial counsel for the defendants in the matter of *Dorger, et al v. City of Napa, et al*, case number 3:12 CV

24  00440 WHO, and expert discovery in that case is being scheduled for the last week of December,  2014

25  and the first week of January, 2015.

26        Based on these reasons, IT IS HEREBY STIPULATED between the parties, plaintiff Michael

27  Rodriguez, represented by John E. Hill and defendants City of Alameda and Cameron Miele, represented

28  by Gregory M. Fox that the following should become an Order of the Court:

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ENE SESSION and CMC
*Rodriguez v. City of Alameda, et al.*, USDC Northern Dist. Case No. 3:14-cv-02075-TEH

1     1.     The early neutral evaluation session previously calendared for Wednesday, December 17,

2  2014, shall be continued to a mutually convenient date for all parties and the Evaluator and to be

3  completed within 90 days of the date of this Order.

4     2.     The parties and their attorneys, and the early neutral evaluator, shall agree to a discovery

5  and briefing schedule and the date for the ENE and, upon reaching such an agreement, shall file

6  notification of the same with the Court.

7     3.     The parties and their attorneys recognize that such continuance is made in good faith and

8  the attorneys feel that the requested continuance of the ENE session will result in an evaluation that may

9  facilitate resolution of the entire matter.

10     4.     The parties request that the CMC now scheduled for January 5, 2015 be continued March

11  2, 2015 to allow time for completion of the ENE in February 2015.

12     SO STIPULATED.

13

14  Dated:  December 10, 2014                          BERTRAND, FOX & ELLIOT

15

16                                                     By:  _____/s/_____

17                                                          Gregory M. Fox
                                                            Attorneys for Defendants
18                                                          CITY OF ALAMEDA and CAMERON MIELE

19

20

21

22

23  Dated:  December 10, 2014                          LAW OFFICES OF JOHN E. HILL

24

25                                                     By:  _____/s/_____

26                                                          John E. Hill
                                                            Attorney for Plaintiff
27                                                          MICHAEL RODRIGUEZ

28

---

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ENE SESSION and CMC
*Rodriguez v. City of Alameda, et al.*, USDC Northern Dist. Case No. 3:14-cv-02075-TEH

1    I, Gregory M. Fox, declare that I have reviewed this stipulation for continuance of ENE with

2  counsel for the plaintiff and counsel has approved it as to form and further authorized me to show his

3  signatures on this document as /s/ indicating his  consent and approval for the e-filing of this document.

4  Dated:  December 10, 2014                        BERTRAND, FOX & ELLIOT

5

6                                        By:  _____/s/_____

7                                             Gregory M. Fox
                                             Attorneys for Defendants
8                                             CITY OF ALAMEDA and CAMERON MIELE

9

10

11                                    **ORDER**

12    Good  cause  appearing,  the  Stipulation  SO  ORDERED.    The  deadline  to  complete  ENE  is

13  continued 90 days from the date of this Order.  The January 5, 2015 CMC is continued to March 2, 2015

14  with a joint CMC statement to be filed February 23, 2015.

15

16

17  Dated:  __12/15/2014__          _____

18                                  THELTON E. HENDERSON
                                    UNITED STATES DISTRICT JUDGE
19

20                                  Judge Thelton E. Henderson

21

22

23

24

25

26

27

28

                                    4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ENE SESSION and CMC
*Rodriguez v. City of Alameda, et al.*, USDC Northern Dist. Case No. 3:14-cv-02075-TEH