Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
E-mail: gfox@bfesf.com

JANET C. KERN, City Attorney (SBN 151887)
ALAN M. COHEN, Assistant City Attorney (SBN 177662)
CITY OF ALAMEDA
2263 Santa Clara Avenue, Room 280
Alameda, California 94501
Telephone:   (510) 747-4750
Facsimile:   (510) 865-4028
E-mail: acohen@alamedacityattorney.org

Attorneys for Defendants
City of Alameda and Cameron Miele

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, et al.,<br><br>        Defendants. | Case No. 3:14-cv-02075-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JURY TRIAL ONE WEEK FROM JULY 12, 2016 TO JULY 14 or 18, 2016** |

As ordered by the Court, the parties completed the mandatory settlement conference with Magistrate Judge Beeler last week on or about February 24, 2016. The case did not resolve and the parties are preparing cross motions for summary judgment which may resolve the false arrest claim and the *Monell* claim. Because of issues of fact, the force claim under state and federal law will certainly proceed to jury trial. The parties continue to cooperate on completing discovery including fact witnesses and experts. Plaintiff is going to dismiss his economic wage loss damages claims. Given the dismissal

1  of the wage loss economic damages claims and possibly the false arrest and *Monell* claims there may be
2  a significantly reduced time for the jury trial which now scheduled for July 12, 2016. The parties estimate
3  the trial may now be completed on or before July 19, 2016.

4  In notifying defense witnesses including experts of the July trial date and jury trial schedule the
5  defendants police practices expert, former Chief of Police Howard Jordan, has informed defense counsel
6  he will be out of the country from July 13th until July 19th and the first day he would be available to
7  testify would be Wednesday, July 20, 2016.   Given the narrowing of the damages claims and possibly
8  the false arrest and *Monell* claims it is probable the trial will be concluded before July 20, 2016.

9  Based on these reasons, IT IS HEREBY STIPULATED between the parties, plaintiff Michael
10 Rodriguez, represented by John E. Hill and defendants City of Alameda and Cameron Miele, represented
11 by Gregory M. Fox that the following may become an Order of the Court, if the Court approves the good
12 cause set forth above, that the first day of trial is continued to Tuesday, July 19 to allow time for trial
13 testimony by defendants' police practices expert.

15 SO STIPULATED.

17 Dated:  March 4, 2016                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

20 By:  */s/ Gregory M. Fox*
       Gregory M. Fox
21     Attorneys for Defendants
       CITY OF ALAMEDA and CAMERON MIELE

23 Dated:  March 4, 2016                    LAW OFFICES OF JOHN E. HILL

25 By:  */s/ John E. Hill*
       John E. Hill
26     Attorney for Plaintiff
       MICHAEL RODRIGUEZ

## ATTORNEY ATTESTATION

I, Gregory M. Fox, declare that I have reviewed this stipulation for trial continuance with counsel for the plaintiff and Mr. Hill has approved it as to form and further authorized me to show his signatures on this document as /s/ indicating his consent and approval for the e-filing of this document.

Dated: March 4, 2016

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Gregory M. Fox*
Gregory M. Fox
Attorneys for Defendants
CITY OF ALAMEDA and CAMERON MIELE

## ORDER

Good cause appearing, the Stipulation SO ORDERED. The first day of jury trial is continued to  July 19, 2016  and all other pretrial dates remain as originally scheduled.

Dated: 03/07/2016

THELTON E. HENDERSON
UNITED STATES SENIOR DISTRICT JUDGE

---

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL ONE WEEK
*Rodriguez v. City of Alameda, et al.*, USDC Northern Dist. Case No. 3:14-cv-02075-TEH