UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RODRIGUEZ,

    Plaintiff,

    v.

CITY OF ALAMEDA, et al.,

    Defendants.

Case No. 14-cv-02075-TEH

**ORDER CONTINUING TRIAL, PRETRIAL CONFERENCE, AND MOTION HEARING DATES**

To accommodate the Court's calendar, IT IS HEREBY ORDERED that:

1. The trial in this matter is continued to **August 30, 2016, at 9:00 AM.** This moots the parties' request to continue the trial to July 26, 2016.

2. The pretrial conference is continued to **August 15, 2016, at 3:00 PM.**

3. The hearing on Defendants' motion for summary judgment is continued to **June 20, 2016, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated:   05/11/16

                                                                       THELTON E. HENDERSON
                                                                       United States District Judge